HAROLD F. KEMP et al., on Behalf of Themselves and All Others Equally Interested, Respondents, v. SOPHIE RUBIN et al., Appellants.— Action to enforce restrictive covenant in reference to the use, occupancy, lease, renting, gift or

conveyance of real property. Judgment in favor of plaintiffs unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Sneed, JJ. [188 Misc. 310.]